FILED
6/13/2019 KP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
APR 0 5 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Marquise Hollerway

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

? Walsh
? Tylor
? Douvris

_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:19-cv-02317
Judge Matthew F. Kennelly
Magistrate Judge M. David Weisman
PC9

**CHECK ONE ONLY:**

　X　　　**COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
　　　　U.S. Code (state, county, or municipal defendants)

　　　　**COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
　　　　28 SECTION 1331 U.S. Code** (federal defendants)

　　　　**OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Marquise Hollerway

B. List all aliases: _____

C. Prisoner identification number: 20160924165

D. Place of present confinement: Cook County D.O.C.

E. Address: P.O box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Douvris

Title: Correctional officer

Place of Employment: Cook county D.O.C

B. Defendant: Tylor

Title: Counselor

Place of Employment: Cook county D.O.C

C. Defendant: Walsh

Title: Superintendent

Place of Employment: Cook county D.O.C

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:



A. Name of case and docket number: Marquise Holleraay v. Gino Sirillo 1:18C5750

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Marquise Holleraay

D. List all defendants: Gino Sirillo, Brittany davis, Benjamin Daniel, Bangle GAchev

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern district

F. Name of judge to whom case was assigned: Matthew F. Kennelly

G. Basic claim made: constitutional violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Marquise Hollerway v. Robert Spiegel, et al, 1:18-cv-05360

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Marquise Hollerway

D. List all defendants: Robert Spiegel, Mark Zawila

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Charles R. Norgle sr

G. Basic claim made: Constitutional Violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Marquise Hollerway

D. List all defendants: Stanley Thompson, Wendy Robinson

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: Motor Vehicle Accident

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case Settled

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List all lawsuits you have filed in any state or federal court in the United States

A. Name of case and docket #: N/A
B. Approximate date of filing lawsuit: N/A
C. List all Plaintiffs: Marquise Holloway
D. List all Defendants: Walgreens
E. Court in which the lawsuit filed: N/A
F. Name of judge to whom case was assigned: N/A
G. Basic claim made: Slip and fall
H. Disposition of this case: case settled
I. Approximate date of disposition: N/A

I tried my best to answer each question but the lawyer who represented me, Sklare law group, won't respond to my letters.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1st Claim: Deliberate indiffrence

My name is Marquise Holleraway and I am a pretrial detainee at Cook County Department of Corrections. I am assigned to live in division 10 on tier 3d. On 11-17-18 I slipped and almost fell in a puddle of water by the sink and water foutain area of the living units dayroom. This area is always wet and slippery because the sink and water foutain are broken and leaks water from the bottom constantly. I informed correctional officer Douvris that the living unit was dangerous because the sink and foutain leaks water constantly. Douvris said he didn't feel like doing the paperwork to get the sink fixed and walked away. Correctional officer Douvris callously disreguarded me and every other inmate on tier 3d's health and saftey by not moving us to a safe tier or getting the sink fixed. On 11-19-18 I filed an inmate grievance informing the tier's counselor Tylor, and division 10's superintendent Walsh of the dangerous living conditions as a result of a broken sink and waterfoutain that were leaking water constantly. Tylor and Walsh received the grievance I filed on 11-20-18 and callously disreguarded my health and saftey because I was still housed on tier 3d with broken sinks and dangerous living conditions. I wasn't moved to a safe tier and the sinks was never fixed. On 12-1-18 I slipped and fell in a puddle of water in the living units dayroom.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:19-cv-02317 Document #: 8 Filed: 06/13/19 Page 8 of 16 PageID #:55

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

This puddle of water in the living units dayroom came from the same leaking sinks that I informed counselor Tylor, Douvris, and Superintendent Walsh of over 10 days before I fell. Tylor, Douvris, and Walsh all violated my 14th Amendment rights by being deliberatly indiffrent to my health and saftey because even after I informed them all of the dangerous conditions and slippery floor they didn't get me moved to a safe tier or fix the leaking sink and water fountain which caused me to slip and fall in a puddle of water in the living units dayroom and painfully twist my ankles and severly injure my lower back. Several detainees witnessed me slip and fall and helped me get up. This entire incident was also recorded by the tier's cameras.

2nd claim
Failure
to
Protect → My name is Marquise Hollerway and I am a pretrial detainee at Cook County Department of Corrections. I am assigned to live in division 10 on tier 3d. On 11-17-18 I slipped and almost fell in a puddle of water by the sink & water fountain area of the living units dayroom. This area of the living units dayroom is always wet and slippery because the sink and water fountain leaks water from the bottom constantly. I informed CO Douvris that the living unit was dangerous because the sink and water fountain leaks water constantly and the floor is always slippery as a result of the leaking sinks. CO Douvris did not get me moved to a safe tier or get the sink fixed even though he knew of the dangerous conditions I was being subjected to. I filed a grievance to let my counselor, Tylor and the superintendent of division 10, Walsh, know of the dangerous living conditions as a result of two broken sinks that were

5

Revised 9/2007

leaking water constantly. Neither Walsh or Tylor did anything to Protect me when they learned of the Problem. They never got me moved to a safe tier or got the sink fixed. On 12-1-18 I slipped and fell in a Puddle of water in the living units dayroom severly injuring my ankles and lower back. Douuris, Tylor, and superintendent Walsh all violated my 14th Amendment rights by failing to Protect me from a substantial risk of danger because even after I informed them of a dangerous area and unsafe living conditions none of them did anything to Protect me resulting in me slipping and falling in a Puddle of water leaking from the same broken sink and waterfountain that I warned all 3 defendants of over 10 days before I fell.

*Claim Denial = Medical Attention

On 12-1-18 I slipped and fell in a Puddle of water leaking from a broken sink and water fountain. When I fell I Painfully twisted my ankle and hurt my lower back. When some of the other detainees helped me up from the floor I limped over to C.O. Douuris and informed him that I just fell and twisted my ankle and that I think my ankle is broken. Officer Douuris callously told me to act like a man and walk it off. I told him my ankle was swollen badly and I really need to see a doctor as soon as possible, I even showed him my swollen ankle and he still callously denied me medical attention. Every detainee on tier 3d told Douuris that I was in serious Pain and that I had a swollen ankle. We all told Douuris that he was wrong for not sending me to the nurse. Douuris still denied me medical attention. I filed a grievance letting the superintendent and counselor know that Douuris Denied me medical attention. This whole incident was recorded on division 10 tier 3d's cameras and several detainees witnessed everything that happened.

Correctional officer Douvris violated my 14th Amendment right by callously denying me Medical Attention even though he seen me fall and knew that I needed medical Attention. I am still in severe Pain and havent had an xray or I wasn't prescribed any Pain medication or Physical therapy. My left ankle is still swollen three times its normal size and my right ankle makes a clicking/crunching sound whenever I put pressure on it. I told officer Douvris that I needed a wheelchair and a xray every time I saw him after the fall and he still denied me medical Attention. I am still in severe Pain constantly. on a scale of 1-10 my pain is a 10. I filed a grievance about Douvris denying me medical Attention the same day it happened which is December 1st 2019. This whole incident was recorded by the tier's cameras and several other inmates are willing to testify as to what happened as far as officer Douvris denying me medical Attention.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compesatory and Punitive damages

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 21st day of March, 20 19

Marquise Holloway
(Signature of plaintiff or plaintiffs)

Marquise Holloway
(Print name)

20160924165
(I.D. Number)

P.O. box 089002 Chicago, Illinois 60608

(Address)

6     Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER:** 20181999
**INMATE #:** 650510

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* HOLLOWAY
**INMATE FIRST NAME** *(Primer Nombre):* MARQUISE
**ID Number** *(# de Identificación):* 2016092465

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 2001 MEDICAL ATTENTION

**IMMEDIATE CRW RESPONSE** *(if applicable):* CRW I ASK DETAINEE TO MEDICAL TONY FOR MEDICAL SERVICES.

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services):* CERMAK

**DATE REFERRED:** 12/6/18

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Submit a HSRC to request medical services. I clog a grievance created a delay care. Seen by nurse 12/4. Submit HSRC if symptoms continue or worsen. PCC scheduled in Dec. Cermak does not manage co's. Separate issue.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Susan Shebel
**SIGNATURE:** Susan X shebel RN
**DIV./DEPT.:**
**DATE:** 12/10/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Marquise Holloway
**DATE RESPONSE WAS RECEIVED:** 12/12/2018

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
*(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 12/12/2018

**INMATE'S BASIS FOR AN APPEAL:** I need to see a doctor about my swollen ankle and injured back.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** You are scheduled to see a provider. Your complaint/issue concern was investigated during your visit with PCC. Cermak does not manage DOC affairs.

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):*
**SIGNATURE** *(Firma del Administrador o/su Designado(a)):* Anna Zimmer
**DATE:** 12/17/2018

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Marquise Holloway
**DATE APPEAL RESPONSE WAS RECEIVED:** 12/24/2018

(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Holloway
**PRINT - FIRST NAME** *(Primer Nombre)*: Marquise
**INMATE BOOKING NUMBER**: 20160924165
**DIVISION**: 10
**LIVING UNIT**: 3D
**DATE**: 11-19-2018

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA *(GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT)*

[Spanish translation of above guidelines]

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 11-17-2018 | N/A | Division 10 - Tier 3D - Sink water fountain Division | Cook County D.O.C / Cook County staff |

On November 17th 2018 I slipped and almost fell in a puddle of water by the sink and water fountain area. This area of the living units Dayroom is always wet and slippery because the sink and water fountain leaks water from the bottom constantly. This is a serious problem that needs to be fixed as soon as possible.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** every inmate on tier 3D. C.O. Dauveris, Maghaphrey

**INMATE SIGNATURE:** Marquise Holloway

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** CRW [signature] L01
**SIGNATURE:** [signature] L01
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 11-20-18

**PERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(AUG 16) — (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)
## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

CONTROL NUMBER: 2018144138
INMATE #: 650510

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME: HOLLENWAY
INMATE FIRST NAME: MARQUISE
ID Number: 20160924165

GRIEVANCE ISSUE AS DETERMINED BY CRW: 072 Facility/Repair (Plumbing)

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): Facilities Management
DATE REFERRED: 11/21/18

### RESPONSE BY PERSONNEL HANDLING REFERRAL

See Attachment ✓ ✓ ✓

PERSONNEL RESPONDING TO GRIEVANCE (Print): JAMES MORRISON
SIGNATURE: James Mor
DATE: 11/26/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE: Marquise Holloway
DATE RESPONSE WAS RECEIVED: 11/29/2018

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: ___/___/___

INMATE'S BASIS FOR AN APPEAL: This problem needs to be fixed ASAP. This is very dangerous.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☒ No ☐

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: This is referred to Facilities to Review.

INMATE SERVICES DIRECTOR/DESIGNEE:
SIGNATURE:
DATE: 11/30/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE: Marquise Holloway
DATE APPEAL RESPONSE WAS RECEIVED: 12/4/2018

FCN-40b) (AUG 16)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – C.R.W.)  (PINK COPY – INMATE)

## Inmate Grievance Number
Numero de Queja del Preso

201**8** x **1 4 4 3 8**

**Inmates should always immediately notify staff of his/her issue prior to submitting a grievance form so that the alleged issue can be addressed in an appropriate and timely manner.**

Los presos siempre deberán inmediatamente informarle al personal de su problema antes de someter un formulario de queja así sus quejas podrán ser tratadas de la manera apropiada y lo más pronto posible.

**Inmates may choose to notify divisional staff by using an Inmate Request Form or by reporting the alleged issue on this designated telephone line 773-916-6280.**

Los presos pueden optar por notificar al personal de la División usando el Formulario de Solicitud de Preso o podrán reportar su alegación al teléfono designado 773-916-6280.

**R/staff member cannot substantiate or deny inmate's allegation at this time; however, a facility work order has been generated. Please allow sufficient time for staff to respond.**

El personal que le está informando no podrá confirmar o negar las alegaciones del preso en este momento; sin embargo, una orden de reparación ha sido sometida y se ha generado una orden de trabajo. Por favor permítales el suficiente tiempo para recibir una respuesta por parte del personal.

(w/o#: **364733**).

*James M____*
Responding Staff Member's Signature

**11 / 26 / 18**
Date

**INMATE COPY**

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Holloway
**PRINT - FIRST NAME** *(Primer Nombre)*: Marquise
**INMATE BOOKING NUMBER**: 20160924165
**DIVISION**: Ten
**LIVING UNIT**: Tier 3D-cell 18
**DATE**: 12-1-2018

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 12-1-2018 | 9:30am - 11:30am | Div 10 - 3d - living units dayroom | C.O Douvers |

On 12-1-2018 I slipped and fell in a puddle of water from a leaking sink. When I fell I painfully twisted my ankle and hurt my lower back. When some inmates helped me up from the floor I limped over to c.o douvers and informed him that I just fell and twisted my ankle and that I think my ankle is fractured. Douvers told me to act like a man and walk it off. I told him my ankle was swollen badly and I really need to see a doctor as soon as possible. I even showed him my swollen ankle and he still denied me medical attention. Douvers never sent me to get medical attention even though he knew I needed medical attention. This whole incident was recorded on the tier's cameras.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Tier 3 camera
C.O. Douvers, every inmate on tier 3d in div 10

**INMATE SIGNATURE**: Marquise Holloway

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW Tryon | Tryon | 12-5-18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-40a)(AUG 16) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)